IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **AMIN IBRAHIM HASSEN,** § | | |
| Petitioner, § | | |
| § | | |
| v. § | EP-26-CV-00048-DB | |
| § | | |
| **KRISTI NOEM**, *Secretary, U.S.* § | | |
| *Department of Homeland Security, et al.*, § | | |
| Respondents. § | | |

**ORDER**

On this day, the Court considered the above-captioned case. On February 16, 2026, Respondents filed an "Advisory to the Court," ECF No. 10, advising Petitioner was released from ICE custody on February 13, 2026.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than February 24, 2026.**

**SIGNED** this **17th** day of **February 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE