## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **AMIN IBRAHIM HASSEN,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-00048-DB** |
| | § | |
| **KRISTI NOEM**, *Secretary, U.S.* | § | |
| *Department of Homeland Security, et al.*, | § | |
| **Respondents.** | § | |

### FINAL JUDGMENT

On February 9, 2026, this Court issued an "Order," ECF No. 8, granting in part Petitioner Amin Ibrahim Hassen's "Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory Relief," ECF No. 1, filed on January 14, 2026. On February 25, 2026, the Parties filed a "Joint Notice to the Court," ECF No. 17, notifying the Court the Parties "conferred and are in further agreement there are no issues or matters pertaining to this case to be resolved and the Court should dispose of the matter accordingly." Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **27th** day of **February 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE